Commonwealth ex rel. McKnight, Appellant, *v.* Rundle.

Submitted December 12, 1966. *William F. McKnight, Jr.,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Rader *v.* Rader, Appellant.

Argued December 16, 1966. *W. Cahall,* with him *Vincent A. Cirillo,* and *Davis, Cirillo & Cahall,* for appellant, submitted a brief; *Ronald E. Robinson,* with him *Pearlstine, Salkin & Hardiman,* for appellee.

Order affirmed.

Commonwealth ex rel. Smith *v.* Crosby et al., Appellants.

Argued December 16, 1966. *Jerry Zaslow,* with him *Markovitz, Brooks & Cantor,* for appellants; *Oscar N. Gaskins,* for appellee.

Order affirmed.

WRIGHT, J., dissented.